February 27, 2008

Frances Rios De Moran
District Clerk of the Court
United States District Court
District of Puerto Rico
Clemente Ruiz-Narario U.S. Courthouse
150 Carlos Chardon, Room 150
Hato Rey, P.R.   00918-1767



RE: Case No. 3:97-cr-00082-SEC-40
    Case Title: USA  v.  Ayala-Martinez, et al
    Defendant: Allison Gotay-Aviles (40)

Dear Clerk:

   In reference to the above-styled and numbered case, pursuant to 28 U.S.C.§§ 753(f) and 2250, I respectfully request to be furnished  gratis copies of the following court proceeding docket numbered documents: # 678, 688, and 3208.

   I am enclosing a copy of the docket sheet with these docket numbered documents for your convenience.

   Furthermore, I declare under the penalty of perjury to 28 U.S.C.§ 1746, that because of my poverty, I am unable to remit to the cost of the foregoing request, and thus I feel I am entitled to same pursuant to 28 U.S.C.§ 1915.

   I appreciate your time, effort and assistance in this matter and await your prompt reply. I remain.

                                   Respectfully submitted,

                                   Allison Gotay-Aviles, Pro-se
                                   Reg.# 15596-069
                                   Bastrop FCI - Houston Unit
                                   P.O. Box 1010
                                   Bastrop, Texas   78602-1010

cc: File