CLOSED

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:97-cr-00082-SEC-40
### Internal Use Only

Case title: USA v. Ayala-Martinez, et al              Date Filed: 04/23/1997

Assigned to: Salvador E Casellas

**Defendant**

Allison Gotay-Aviles (40)                 represented by **Jesus Santiago-Malavet**
*TERMINATED: 10/22/1999*                                 470 Sagrado Corazon de Jesus
*also known as*                                          Santurce, PR 00915
Sealed defendant 40                                      268-7749 fx 726-5906
                                                         Fax: 787-726-5906
                                                         *TERMINATED: 10/22/1998*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

                                                         **Luis R. Rivera-Gonzalez, Esq.**
                                                         Luis R. Rivera Gonzalez Law Office
                                                         Mercantil Plaza Suite 816
                                                         2 Ponce de Leon Ave.
                                                         San Juan, PR 00918
                                                         787-766-3156
                                                         Fax: 787-765-2405
                                                         Email:
                                                         riveragonzalezlr@microjuris.com
                                                         *TERMINATED: 10/22/1999*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

                                                         **Manuel San-Juan-DeMartino**
                                                         Manuel San Juan Law Office
                                                         PO Box 9023587
                                                         San Juan, PR 00902-3587
                                                         787-723-6669
                                                         Fax: 787-725-2932
                                                         Email: sanjuanm@microjuris.com
                                                         *TERMINATED: 10/22/1999*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

|  |  |  | do not allow him to take criminal cases. (kd) (Entered: 01/20/1998) |
|---|---|---|---|
|  | 12/30/1997 |  | **Setting Judge flag. (kd) (Entered: 12/30/1997) |
| ✓ | 01/14/1998 | 655 | MOTION by USA as to Sealed defendant 40 to Seal Document(s) (kd) (Entered: 01/22/1998) |
| ✓ | 01/14/1998 | 656 | SEALED DOCUMENT as to Sealed defendant 40 (kd) (Entered: 01/22/1998) |
|  | 01/14/1998 |  | ENDORSED ORDER as to Sealed defendant 40 granting [655-1] motion to Seal Document(s) as to Sealed defendant 40 (40) ( Entered by Magistrate Judge Aida M. Delgado-Colon ) (kd) (Entered: 01/22/1998) |
| ✓ | 01/16/1998 |  | ARREST of Allison Gotay-Aviles (kd) (Entered: 01/23/1998) |
| ✓ | 01/16/1998 |  | Initial appearance as to Allison Gotay-Aviles held before Magistrate Judge Aida M. Delgado-Colon (Defendant informed of rights.) (kd) (Entered: 01/23/1998) |
| ✓ | 01/16/1998 | 677 | Minute entry as to Allison Gotay-Aviles : Initial Appearance held. set Arraignment for 2:00 1/22/98 for Allison Gotay-Aviles Dft U/C. ( Magistrate Judge Aida M. Delgado-Colon ) (kd) (Entered: 01/23/1998) |
| ✓ | 01/16/1998 | 678 | ORDER OF DETENTION as to Allison Gotay-Aviles ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (kd) (Entered: 01/23/1998) |
| ✓ | 01/16/1998 | 688 | NOTICE of to MDC Guaynabo as to Allison Gotay-Aviles advising that dft is being treated and/or suffers from asthma and arthritis. (Clerk) (kd) (Entered: 01/23/1998) |
|  | 01/20/1998 |  | **Terminated response to motion deadlines as to all dfts (kd) (Entered: 01/20/1998) |
|  | 01/20/1998 | 696 | MOTION by USA as to all dfts to request order to divide the case into three groups for trial and Case Management Purposes (kd) (Entered: 01/23/1998) |
|  | 01/21/1998 |  | Status conference as to Julio Gonzalez-Martinez, Martin Arroyo-Cruz, Hector Dominici-Gonzalez, Maribel Dominci, Santos Gonzalez-Bracero, Orlando Rosa, Rosa Martinez-Plaza, Carlos Silva-Galindo, Victor M. Torres-Galindez, Allison Gotay-Aviles, Edwin Rodriguez-Aviles, Jose Hiram Santiago-Torres, Sealed defendant 43, Harold Rivera-Rodriguez, Roberto Hipolito Soto-Anadon, Reinaldo Garcia-Medina, Samuel Ramirez-Medina, Jorge A. Vazquez-Rivera, Sealed defendant 49, Humberto L. Garcia-Marin, Ricardo Guilbe-Sanchez, David Muniz-Gallego, Yasmin Laracuente-Alameda, Luis Collazo-Villoda, Emanuel Candal-Ortiz, Miguel Angel Loyola-Cintron, Freddie Figueroa, Hector M. Torres-Rodriguez, Deri Ventura-Garcia, Orlando Gonzalez-Herrera, Jose A. Morales-Barriera, Edwin Robledo-Garcia, Roberto Robledo-Garcia, Maria Victoria Valentin, Rodney Lopez-Gonzalez, Francisco Leon-Sanchez, Edna Moreno-Caban, Victor R. Vivas-Febles, Victor Vazquez-Rivera, Jose L. Zayas-Alvarez, Miguel Lespier, Rene Quiles, Patricia Incle-Matos, Hiran Seda-Segarra, Omar Torres-Bonilla, Jose |

| 02/25/2003 | | Vols #1-5 sent to closed file. (ni) (Entered: 02/25/2003) |
|---|---|---|
| 08/14/2003 | 3168 | NOTICE of Appearance for USA by Attorney Marcos E. Lopez (ov) (Entered: 08/19/2003) |
| 09/26/2003 | 3191 | TRANSMITTAL letter to the Middle District of FL forwarding certified copy of indictment, superseding indictment, jdmt., and order of Transfer docket sheet with case record attached. (re) (Entered: 09/29/2003) |
| 10/31/2003 | | Record on Appeal as to Angela Ayala-Martinez, Manuel Perez-Colon, Jorge Lucas Santiago-Rivera, Antonio Gonzalez-Vega, Carlos Mangual-Santiago, Andy Garcia-Torres, Manuel Garcia-Torres, Allison Gotay-Aviles, Edwin Rivera-Aviles, Freddie Figueroa, Deri Ventura-Garcia, Omar Torres-Bonilla, Walter Batiz, Marcos Martinez-Medina returned from U.S. Court of Appeals: [3014-1] appeal by Manuel Garcia-Torres, [3012-1] appeal by Walter Batiz, [3010-1] appeal by Andy Garcia-Torres, [3008-1] appeal by Deri Ventura-Garcia, [2970-1] appeal by Omar Torres-Bonilla, [2905-1] appeal by Manuel Perez-Colon, [2678-1] appeal by Edwin Rivera-Aviles, [2517-1] appeal by Allison Gotay-Aviles, [2509-1] appeal by Allison Gotay-Aviles, [2389-1] appeal by Angela Ayala-Martinez, [2324-1] appeal by Manuel Perez-Colon, [2222-1] appeal by Marcos Martinez-Medina, [1983-1] appeal by Jorge Lucas Santiago-Rivera (ov) (Entered: 11/10/2003) |
| 11/03/2003 | 3208 | ARREST WARRANT Returned Executed as to Allison Gotay-Aviles on 1/16/98 (ov) (Entered: 11/04/2003) |
| 11/10/2003 | | **Remove appeal flag - no further appeals pending (ov) (Entered: 11/10/2003) |
| 11/18/2003 | 3215 | Judgment Returned Executed as to Allison Gotay-Aviles ; on 10/22/03 (ov) (Entered: 11/20/2003) |
| 06/21/2004 | | ***Set Closed Flags as to all dfts, Vols 14, 23,24 & 25 and transcripts. (ov, ) (Entered: 06/21/2004) |
| 07/20/2004 | | Attorney update in case as to all defts. Attorney Marcos E. Lopez terminated. (ni, ) (Entered: 07/20/2004) |