Federal Correctional Institution
Name Allison Gotay-Aviles
Register No: 15596-069
P.O. Box 1010
Bastrop, Texas 78602

27 FEB 2008 PM 6 T

Frances Rios De Moran
District Clerk of the Court
United States District Court
District of Puerto Rico
Clemente Ruiz-Narario U.S. Courthouse
150 Calos Chardon, Room 150
Hato Rey, Puerto Rico  00918-1719

*** LEGAL MAIL ***

00914+1706 C025